**Form 752**[Order of Reassignment]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    David M. Corrigan

        Debtor(s).

Case No. 10–23324

Chapter 7

ORDER OF REASSIGNMENT

    Due to the retirement of the Honorable Judith A. Boulden, the Court has reassigned the judge in the above captioned case pursuant to LR 1073–1.

    Pursuant thereto, the Court hereby reassigns the above captioned case, and any associated open adversary proceedings to the Honorable Joel T. Marker.

Dated: July 2, 2010

*William J. Thurman*
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: admin                  Page 1 of 1                   Date Rcvd: Jul 02, 2010
Case: 10-23324                 Form ID: f752                Total Noticed: 4

The following entities were noticed by first class mail on Jul 04, 2010.
db           +David M. Corrigan,    1352 Canyon Road #133,    Ogden, UT 84404-6047
aty          +Kent E. Snider,    259 E. Shadowbrook Lane,    Kaysville, UT 84037-3712
tr           +Steven R. Bailey tr,    2454 Washington Blvd.,    Ogden, UT 84401-2312
ust          +United States Trustee,    Ken Garff Bldg.,    405 South Main Street,    Suite 300,
               Salt Lake City, UT 84111-3402
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2010**                    Signature:    _Joseph Speetjens_